UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| UNITED STATES OF AMERICA, | CRIMINAL ACTION 7:13-21-KKC |
|---|---|
| Plaintiff, | |
| V. | **ORDER** |
| KRISTIN MARIE CAMPBELL, | |
| Defendant. | |

*** *** ***

This matter is before the Court on a report and recommendation in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of her supervised release (DE 786). No party has filed objections to the recommendation and the defendant has waived her right to appear before the district judge and to make a statement and present mitigating information (DE 783).

Accordingly, the Court hereby ORDERS that the report and recommendation is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated September 1, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY